```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30570
   WILLIAM L COOK
   RIFKA COOK                               CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0928    SSN XXX-XX-8549

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/04/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 10/16/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
ASSET ACCEPTANCE CORP    UNSEC W/INTER    4041.89           .00          .00
CAPITAL ONE BANK         UNSEC W/INTER    1576.45           .00          .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    4710.21           .00          .00
CAPITAL ONE BANK         UNSEC W/INTER     555.46           .00          .00
RESURGENT ACQUISITION LL UNSEC W/INTER    6862.50           .00          .00
HOWARD REICH ESQ         NOTICE ONLY    NOT FILED           .00          .00
MARY & RAYMOND ESPINOZA  NOTICE ONLY    NOT FILED           .00          .00
MARSHALL RICHTER ESQ     NOTICE ONLY    NOT FILED           .00          .00
AMERIQUEST MORTGAGE      CURRENT MORTG       .00            .00          .00
AMERIQUEST MORTGAGE      MORTGAGE ARRE   23513.32           .00       6608.00
SEARS PAYMENT CENTER     UNSEC W/INTER  NOT FILED           .00          .00
DANIEL WINTER ESQ        DEBTOR ATTY     1,794.00                    1,794.00
TOM VAUGHN               TRUSTEE                                       539.27
DEBTOR REFUND            REFUND                                      7,983.73

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            16,925.00

PRIORITY                                        .00
SECURED                                     6,608.00
UNSECURED                                       .00
ADMINISTRATIVE                              1,794.00
TRUSTEE COMPENSATION                          539.27
DEBTOR REFUND                               7,983.73
                   --------------          --------------
TOTALS             16,925.00                16,925.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |